AMELIA DI DOMENICO, as Administratrix of the Estate of SALVATORE DI DOMENICO, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Di Domenico* v. *N. Y. C. & H. R. R. R. Co.*, 154 App. Div. 915, affirmed.
(Argued May 19, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 3, 1913, affirming a judgment in favor

of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the defendant's negligence.

*Edgar T. Brackett* for appellant.

*William L. Visscher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.